01
02
03
04
05
06

07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 UNITED STATES OF AMERICA,                    )   Case No. C06-31
                                                )
10        Petitioner,                           )
                                                )
11        v.                                    )
                                                )   MINUTE ORDER
12 JANE C. POLINDER,                            )
                                                )
13        Respondent.                           )
   _____)
14

15     The following minute order is made at the direction of the Court, the Honorable James

16 P. Donohue, United States Magistrate Judge:

17     Respondent has submitted motions to dismiss and vacate the above-captioned case and

18 order to appear, Dkt. No. 8, and a motion for judge to recuse himself for prejudice. Dkt. No

19 9. To the extent these motions attempt to strike the hearing currently scheduled for Friday,

20 January 20, 2006, they are DENIED.

21     DATED this 19th day of January, 2006.

22                         Bruce Rifkin
                           Clerk of the Court
23

24                         /s/ Peter H. Voelker
                           Peter H. Voelker
25                         Deputy Clerk

26

PAGE -1